JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| FABIAN ARMENTA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FCA US, LLC; ROGERS CHRYSLER JEEP DODGE; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:20-cv-02658-AB-PJW<br><br>Judge Andre Birotte Jr.<br>Magistrate Judge Patrick J. Walsh<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND** |

1 | Upon review of Plaintiff FABIAN ARMENTA's Motion to Remand
2 | ("Motion," Dkt. No. 20) and Defendants FCA US LLC and Rogers & Rogers
3 | Chrysler Jeep Dodge's Notice of Non-Opposition thereto, the Court hereby
4 | **GRANTS** Plaintiff's Motion. This action is hereby **REMANDED** to the Superior
5 | Court of the State of California for the County of Los Angeles.
6 | The June 5, 2020 hearing is **VACATED**.

**IT IS SO ORDERED.**

DATED: May 05, 2020

Hon. Andre Birotte Jr.
United States District Judge

2:20-cv-2658

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND